UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
YVONNE AYALA,                                                     :
                                                                  :
                         Plaintiff,                               :
                                                                  :          20-CV-8953 (JMF) (SLC)
            -v-                                                   :
                                                                  :          ORDER
ANDREW SAUL,                                                      :
                                                                  :
                         Defendant.                               :
                                                                  :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's Order dated October 27, 2020, the parties were required to confer regarding whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all proceedings before the assigned Magistrate Judge.  *See* ECF No. 6.  If both parties consent, they were required to email to Furman_NYSDChambers@nysd.uscourts.gov a fully executed Notice, Consent, and Reference of Civil Action to a Magistrate Judge Form within two weeks of the date on which Defendant entered an appearance.  If either party does not consent, they were to file, by the same date, a joint letter advising the Court that the parties do not consent.  Defendant entered an appearance on January 19, 2021.  *See* ECF No. 11.  To date, the parties have not satisfied their obligations.  As a courtesy, the parties' deadline is hereby EXTENDED, *nunc pro tunc*, to **February 10, 2021.**

      SO ORDERED.

Dated: February 3, 2021
      New York, New York
                                     JESSE M. FURMAN
                                     United States District Judge