> Plaintiff's letter-motion requesting an extension of the social security briefing schedule (ECF No. 19) is GRANTED.
>
> Plaintiff's Motion shall be filed by: **Wednesday, October 27, 2021**.
>
> The Commissioner's Cross-Motion shall be filed by: **Monday, December 27, 2021**.
>
> Plaintiff's Reply, if any, shall be filed by: **Monday, January 17, 2022**
>
> The Clerk of Court is respectfully directed to close ECF No. 19.
>
> SO ORDERED 9/28/2021
>
> *Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

ADMITTED IN N.Y. AND N.J.

**VIA ECF**

Honorable Sarah L. Cave, U.S.M.J.
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    Yvonne Ayala v. Commissioner of the Social Security Administration
              Docket No.: 1:20-cv-8953-JMF-SLC

Dear Judge Cave:

      This office represents plaintiff Yvonne Ayala in the above-referenced action, which seeks review of a final decision by the defendant Commissioner of the Social Security Administration denying disability insurance benefits to the plaintiff.

      Pursuant to the briefing schedule entered in this case, plaintiff is required to file her motion for judgment on September 27, 2021. With the consent of the U.S. Attorney, the undersigned respectfully requests a thirty (30) day extension for plaintiff to file her motion, i.e., until October 27, 2021. No prior requests for any extensions have been made by the undersigned in connection with this matter.

                                                          Respectfully submitted,

                                                          *Robert M. Brigantic*

                                                          Robert M. Brigantic

cc:      Mary Ellen Brennan, Asst. U.S. Attorney (via ECF)