> Plaintiff's letter-motion requesting an extension of the social security briefing schedule (ECF No. 21) is GRANTED:
>
> Plaintiff's Motion shall be filed by **November 16, 2021**.
> Defendant's Cross-Motion shall be filed by **January 17, 2022.**
> Plaintiff's Reply, if any, shall be filed by **February 7, 2022.**
>
> The Clerk of Court is respectfully directed to close ECF No. 21.
>
> SO ORDERED 10/26/2021
>
> *Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

ADMITTED IN N.Y. AND N.J.

October 25, 2021

**VIA ECF**
Honorable Sarah L. Cave, U.S.M.J.
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

   Re: Yvonne Ayala v. Commissioner of the Social Security Administration
      Docket No.: 1:20-cv-8953-JMF-SLC

Dear Judge Cave:

  This office represents plaintiff Yvonne Ayala in the above-referenced action, which seeks review of a final decision by the defendant Commissioner of the Social Security Administration denying disability insurance benefits to the plaintiff.

  Pursuant to the briefing schedule entered in this case, plaintiff is required to file her motion for judgment on October 27, 2021. With the consent of the U.S. Attorney, the undersigned respectfully requests an additional twenty (20) days for plaintiff to file her motion, *i.e.*, until November 16, 2021. The reasons for the requested extension are as follows. Over the past month, I have had to address a non-COVID related medical issue. In addition, I have also had to move my office. One prior request for any extension has been made by the undersigned in connection with this matter.

              Respectfully submitted,

              *Robert M. Brigantic*

              Robert M. Brigantic

cc: Mary Ellen Brennan, Asst. U.S. Attorney (via ECF)