**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
YVONNE AYALA,

                     Plaintiff,                     20 **CIVIL** 8953 (JMF) (SLC)

      -v-                                          **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                     Defendant.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Stipulation and Order dated February 16, 2022, that the decision of the Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the Administrative Law Judge will be instructed to reevaluate the claimant's seizure disorder in accordance with all of the evidence in the record; evaluate the claimant's alleged pernicious anemia and discuss whether this condition causes any work-related impairments; evaluate the medical opinions in accordance with the regulations and in conjunction with all of the evidence in the record; offer the claimant the opportunity for a new hearing; take any further action to complete the administrative record; and issue a new decision.

**Dated:**  New York, New York
        February 16, 2022

                                         **RUBY J. KRAJICK**
                                 _____
                                     Clerk of Court
                 **BY:**
                                     Deputy Clerk